UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL 2 9 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR370 JAR/SPM |
| MARQUIS HUNTLEY, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between November 29, 2018, and January 8, 2019 in the City of St. Louis, within the Eastern District of Missouri,

**MARQUIS HUNTLEY,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(b)(1)(B).

### COUNT TWO

The Grand Jury further charges that:

Between November 29, 2018, and January 8, 2019 in the City of St. Louis, within the Eastern District of Missouri,

**MARQUIS HUNTLEY,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of fentanyl, a Schedule II controlled substance, with intent to distribute; as set forth in Count One of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

### COUNT THREE

The Grand Jury further charges that:

On or about December 20, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MARQUIS HUNTLEY,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about December 20, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MARQUIS HUNTLEY,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession of fentanyl, a Schedule

II controlled substance, with intent to distribute; as set forth in Count Three of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney